OPINION — AG — **** CITY COUNCILMAN AND COMMISSIONERS OF BOARD OF PARK COMMISSIONERS — BOTH OFFICES, SAME PERSON CANNOT SERVE **** THE POSITION OF CITY COUNCILMAN AND COMMISSIONER OF THE BOARD OF PARK COMMISSIONERS, CREATED BY 11 O.S. 1961 1211 [11-1211], ARE BOTH "OFFICES" AS CONTEMPLATED BY 51 O.S. 1961 6 [51-6]. THEREFORE, AN INDIVIDUAL WOULD BE PROHIBITED FORM HOLDING BOTH POSITIONS SIMULTANEOUSLY. CITE: 51 O.S. 1961 6 [51-6] (GARY M. BUSH) ** SEE: OPINION NO. 74-118 (1974) **